JANE WALTERS, RESPONDENT, *v.* CONTINENTAL INSUR-ANCE COMPANY OF THE CITY OF NEW YORK, APPELLANT.

*Complaint — when does not unite several causes of action.*

A complaint is not to be deemed to unite several causes of action, simply because it sets forth several grounds on which the defendant might be liable in respect to the same transaction. (*Durant* v. *Gardner*, 10 Abb., 445 ; *Price* v. *Price*, 9 S. C., 611.)

APPEAL from an order denying a motion for an order requiring the plaintiff to make her complaint more definite and certain, by stating an alleged cause of action on an insurance policy separately from an alleged cause of action on a special agreement, and separately from an alleged cause of action on an award.

The complaint, after setting forth in sufficient detail the issuing of a policy by the defendant to the plaintiff; and a loss of the property by fire, and the due making of proofs of loss, further alleges that afterward the defendant negotiated with the plaintiff and agreed to give her $3,800 for her loss and damage, in full settlement; and further, that the plaintiff demanded of the defendant; in pursuance of the requirements of the policy, to have the loss ascertained by arbitrators; that the defendant refused ; that thereupon, on notice to it, she selected arbitrators, who ascertained the damages at $3,800.

*Edw. C. James*, for appellant.    *Shoecraft, Bennett & Tuttle*, for respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and BOOKES, JJ.

Order of the Special Term affirmed, with ten dollars costs and disbursements of printing.